In the Matter of Alexander McGarren, Deceased.— Decree affirmed, with costs. No opinion.

The People of the State of New York v. Walter Henry.— Motion denied on conditions stated in order.

The People of the State of New York v. Frank Franzone.— Motion granted.

In the Matter of Woodlawn Cemetery.— Motion granted, with ten dollars costs.

Arthur J. Gormley v. Conrad M. Braker.— Motion denied, with ten dollars costs.

Town Topics Company v. Peter F. Collier.— Motion denied, with ten dollars costs.

W. D. Mann v. Peter F. Collier.— Motion denied, with ten dollars costs.

Anna Woerishoffer v. Sydney W. Peoples.— Motion denied on terms stated in order.

In the Matter of Mabel R. Gushing.— Motion granted, with ten dollars costs.

John S. Jones v. George J. Gould and Another.— Motion granted, with ten dollars costs.

Giovanbatistta Tiscione v. Brooklyn Heights Railroad Company.— Motion granted, with ten dollars costs.

Bonniford Leslie v. Firemen's Insurance Company.— Motion granted, with ten dollars costs.

Alfred L. Hodge v. International Registry Company.— Motion denied on terms stated in order.

Alice R. Putraw v. Hester P. Lord.— Motion granted, with ten dollars costs.

Covell & Crosby Company v. Ralph G. Lewis and Another.— Motion granted, with ten dollars costs.

Manufacturers' Commercial Company v. Henry Blitz.— Motion denied, with ten dollars costs.

James Gribble v. Raymond Van Praag Company.— Motion denied, with ten dollars costs.

Ernest M. Burrow v. Theodore Marceau.— Motion denied, with ten dollars costs.

Paul Gross v. Hugo Gorsch.—Motion denied, with ten dollars costs.

James M. Holland v. Augustus H. Grote.— Motion granted; question certified.

Michael Romer v. Standard Plunger Company.— Motion denied, with ten dollars costs.

Ada O. Van Heusen v. De Mercy Argenteau.— Motion granted; question certified.

Hapgoods v. J. L. Crawford.— Motion granted as in memorandum. Settle order on notice.

George Renault v. Simpson-Crawford Company.   Samuel Baumann v. Charles Dochterman.   Templar Saxe v. Shubert Theatrical Company.   Sigmund Ernst v. Antoinette Loeb. — Applications denied, with ten dollars costs in each case.

Baltimore and Ohio Railway Company v. Charles LaDue and Another.— Application granted.

Milton G. Bucky v. Ben Franklin Insurance Company.— Motion granted.

In the Matter of Blanche L. Andrews.— Motion granted on conditions stated in memorandum.   Settle order on notice.